| | |
|---|---|
| Jeffrey Francis Craft SBN 147186<br>jcraft@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1731 Fox Springs Circle<br>Newbury Park, CA 91320<br><br>Timothy Devlin (*pro hac vice*)<br>tdevlin@devlinlawfirm.com<br>Robert Dean Kiddie, Jr.<br>(*pro hac vice* to be filed)<br>rkiddie@devlinlawfirm.com<br>DEVLIN LAW FIRM LLC<br>1526 Gilpin Avenue<br>Wilmington, DE 19806<br>Telephone: (302) 449-9010<br>Facsimile: (302) 353-4251<br><br>Seth W. Wiener (SBN 203747)<br>seth@sethwienerlaw.com<br>LAW OFFICES OF SETH WIENER<br>609 Karina Court<br>San Ramon, CA 94582<br>Telephone: (925) 487-5607<br><br>Attorneys for Express Mobile, Inc. | Clement S. Roberts SBN 209203<br>croberts@orrick.com<br>Will Melehani SBN 285916<br>wmelehani@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415)-773-5700<br><br>Timothy C. Saulsbury SBN 281434<br>tsaulsbury@durietangri.com<br>Zachary G.F. Abrahamson SBN310951<br>zabrahamson@durietangri.com<br>DURIE TANGRI LLP<br>217 Lediesdorff St.<br>San Francisco, CA 94211<br>Telephone: (415) 362-6666<br><br>Attorneys for BigCommerce, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BIGCOMMERCE, INC.,<br><br>　　　　Defendant. | Case No. 3:18-cv-03287-RS<br><br>**JOINT STIPULATION TO DISMISS UNDER FRCP 41(a)(1)(ii)** |

JOINT STIPULATION TO DISMISS UNDER FRCP 41(a)(1)(ii)
Case No. 3:18-cv-03287-RS

Plaintiff Express Mobile, Inc. and Defendant BigCommerce, Inc., hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

Dated: July 22, 2019

By: */s/ Timothy Devlin*
Timothy Devlin (*pro hac vice*)
tdevlin@devlinlawfirm.com
Robert Kiddie
rkiddie@devlinlawfirm.com
Jeffrey Francis Craft SBN 147186
jcraft@jeffreycraftlaw.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

*Attorneys for Plaintiff Express Mobile, Inc.*

Dated: July 22, 2019

By: */s/ Timothy C. Saulsbury*
Timothy C. Saulsbury SBN 281434
tsaulsbury@durietangri.com
Zachary G.F. Abrahamson SBN310951
zabrahamson@durietangri.com
DURIE TANGRI LLP
217 Lediesdorff St.
San Francisco, CA 94211
Telephone: (415) 362-6666

Clement S. Roberts SBN 209203
croberts@orrick.com
Will Melehani SBN 285916
wmelehani@orrick.com
ORRICK HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Telephone: (415)-773-5700

Attorneys for Defendant BigCommerce, Inc.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that concurrence in the filing of this document has been obtained from each of the other Signatories shown above.

Dated: July 22, 2019                    By:    */s/ Timothy Devlin*
                                                      Timothy Devlin

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing on July 22, 2019.

                                                  */s/ Timothy Devlin*
                                                  Timothy Devlin